UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **14−cv−62800**

LEMUEL NELSON,
    Plaintiff,

vs.

KWIK CASH PAWN, INC.,
a Florida corporation,
*and* S.T.O.F. HOLDINGS, LTD.,
a Florida corporation,
and ISLAND TRAVEL 2013 LLC,
a Florida corporation, *d/b/a* REAL ESTATE SERVICES
    Defendants.
_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) AS TO DEFENDANT:*KWIK CASH PAWN, INC*.

PLEASE TAKE NOTICE that Plaintiff LEMUEL NELSON (hereinafter the "Plaintiff"), by and through his undersigned attorney, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to: **Defendant** KWIK CASH PAWN, INC.

In accordance with the law, Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

> **(a) Voluntary Dismissal.**
>     **(1)** *By the Plaintiff.*
>         **(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>             **(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

In this case, KWIK CASH PAWN, INC. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court. It is agreed among the Plaintiff and Defendant KWIK CASH PAWN, INC. that each party shall bear their own costs and attorney fees.

Accordingly, and based on the foregoing, Plaintiffs respectfully request that this matter **against** KWIK CASH PAWN, INC., **be *dismissed without prejudice*.**

Dated: January 23, 2015.

Respectfully submitted,

**The Shemtov Law Firm, P.A.**
*Attorney for Plaintiff*

By: S/ Tal Shemtov
**Tal Shemtov, Esquire**
Florida Bar No. 28456
9715 West Broward Blvd. #256
Plantation, Fl 33324
Telephone: (954) 861-9787
Facsimile: (954) 236-3530
SHEMTOVLAWFIRM@YAHOO.COM