UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **14−cv−62800**

LEMUEL NELSON,
    Plaintiff,

vs.

S.T.O.F. HOLDINGS, LTD.,
a Florida corporation,
    Defendants.
_____/

**JOINT MOTION TO RE-OPEN CASE FOR THE PURPOSE OF
DISMISSAL WITH PREJUDICE PER EXECUTED SETTLEMENT AGREEMENT**

Plaintiff, Lemuel Nelson ("Plaintiff"), and Defendant, S.T.O.F. HOLDINGS, LTD. ("Defendant"), (Plaintiff and Defendant are hereinafter collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby move to re-open the case and for the Court to dismiss this case with prejudice as the parties have reached a Settlement, which was executed properly. Part of the settlement required a dismissal with prejudice.

    1.    Plaintiff filed the instant cause of action alleging that the public accommodation owned and/or operated by Defendant violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq. ("ADA").

    2.    Defendant denies these allegations.

    3.    On February 27, 2015, this Court entered its paperless Order [DE 11] wherein the instant action was dismissed, without prejudice. The Order provides further that the Parties may move to reopen this matter upon filing a joint scheduling report.

    4.    Notwithstanding, the Parties continued to discuss an amicable resolution of the matters raised by Plaintiff's Complaint as it relates to Defendants, and the same have been

resolved in accordance with the Settlement Agreement, which requires a Dismissal with Prejudice.

5. The Parties' Settlement Agreement, however, is expressly conditioned on the approval of this Court to reopen this case for the subsequent dismissal of the instant action, with prejudice.

6. As such, the Parties now seek to re-open this action for the sole purpose of obtaining the Court's approval and a final dismissal.

7. In support of this request, the Parties submit that the Settlement Agreement is fundamentally fair, adequate and reasonable to improve and complete access for persons with disabilities at the property at issue, and otherwise meets the purposes of the ADA.

8. In accordance therewith and upon re-opening the instant action, the Parties respectfully request that the Court review, approve and ratify the Settlement Agreement.

9. As part of the Settlement Agreement, Plaintiff has agreed to dismiss the instant lawsuit, with prejudice.  Accordingly, the Parties request, upon the Court's approval of the Settlement Agreement, that the instant action be dismissed, with prejudice.

10. Except as otherwise stated in the Settlement Agreement, the Plaintiff and Defendant are to bear their own fees and costs.

WHEREFORE, the parties respectfully request that the Court grant this Motion; re-open the instant action and enter an order dismissing this action with prejudice and grant such additional relief as the Court deems just and proper.

Dated:   January 13, 2016

Respectfully submitted,

| | |
|---|---|
| s/Tal Shemtov | s/Michael Kamen |
| Tal Shemtov, Esquire | KAMEN & ORLOVSKY, P.A. |
| Florida Bar No. 28456 | P.O. Box 19658 |
| The Shemtov Law Firm, P.A. | West Palm Beach, FL 33416 |
| *Attorney for Plaintiff* | Telephone: (561) 687-8500 |
| 9715 West Broward Blvd. #256 | Facsimile: (561) 282-0570 |
| Plantation, Fl 33324 | *Counsel for S.T.O.F. Holdings, Ltd.* |
| Telephone: (954) 861-9787 | |
| Facsimile: (954) 236-3530 | |
| shemtovlawfirm@yahoo.com | |